Name: Joseph Johnson
Address: 300 East main St. M.G.D.O.C. Independence, KS 67301

FILED
JUL 28 2022
Clerk, U.S. District Court
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

Joseph Johnson, Plaintiff
(Full Name)

V.

Montgomery County Jail, Defendant(s)

CASE NO. 22-3151-SAC
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

## A. JURISDICTION

1) Joseph Johnson (Plaintiff), is a citizen of Kansas (State) who presently resides at Montgomery County Jail MGDOC (Mailing address or place of confinement.)

2) Defendant Lt. Terry Johnson Admins (Name of first defendant) is a citizen of Independence, KS (City, State), and is employed as head over Jail Administrations (Position and title, if any). At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes ☐ No ☑. If your answer is "Yes", briefly explain:

_____
_____

XE-2 8/82          CIVIL RIGHTS COMPLAINT §1983          1

3) Defendant __Ron Wade__ is a citizen of
(Name of second defendant)

__Independence, KS__, and is employed as
(City, state)

__he's The Sheriff at MGDOC__. At the time the
(Position and title, if any)

claim (s) alleged in this complaint arose was this defendant acting under the color of state law? Yes ☐ No ☑. If your answer is "Yes", briefly explain:

_____

_____

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

_____

_____

B. NATURE OF THE CASE

1) Briefly state the background of your case:

Neglect, Not Letting me out of Restraint chair To use the bathroom causeing me T urinate & crap myself on several different Times in the fool week That I have Been Stuck in Restraint chair in the Jail Library

XE-2 8/82                    CIVIL RIGHTS COMPLAINT §1983

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: **NaGlect, also Nurse misty should have Reported The NaGlest Towards me**

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):
**Jail Nurse misty & Lt. @T Johnson of Administrations & Ron Wade Sheriff of montgomery County have Not Tryed to Resovlve From July, 15th, 16th, 17th, 18, 19,th I was in Restraint Chair**

B) (1) Count II: **abuse To me While in Restraint chair Sgt. Davis Sgt. Cline Sgt. Mccartney clamped cuffs and Leg Shackles**

(2) Supporting Facts: **on my Legs a Wrists So Tight and hard The Cuffs and Shackels cut my wrists and ankles and Caused Abrasions & Cuts To show on wrist Feet & Ankles which have Bandages**

C) (1) Count III: __Neglect From medical Staff Nurse misty we dont have any medical staff__

(2) Supporting Facts: __on Jail site over The weekends so if I Need medical attention The Jail Guards tell me to wait tell monday__

### D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☑. If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    a) Parties to previous lawsuit:

        Plaintiffs: __None__

        Defendants: _____

    b) Name of court and docket number _____

    c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) __None__

    d) Issues raised _____

e) Approximate date of filing lawsuit __7-22-2022__

f) Approximate date of disposition __7-22-2022__

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes [✓] No [ ]. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

Well I've asked to be taken out of Restraint Chair and Admins Lt. T. Johnson Refused me This so I've sought to Resolve and

2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

I, Joseph Johnson Beleive I deserve Payment for The damages This Jail has cost my health to go down the drain They've caused me bodily harm

__Not at this Time__          __Joseph Johnson__
Signature of Attorney (if any)          Signature of Plaintiff

would like Federal Courts to appoint Council for me

(Attorney's full address and telephone number)

XE-2 8/82          CIVIL RIGHTS COMPLAINT §1983

5